FILED
August 13, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002851112

3

Carl W. Collins (State Bar No. 109282)
Attorney at Law
1127-12th Street, Suite 202
P.O. Box 3291
Modesto, California 95353
Telephone (209) 521-8100
Facsimile (209) 524-8461
E-mail carl@cwcollinslaw.com

Attorney for Trustee
Stephen C. Ferlmann

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Sacramento Division)

| | |
|---|---|
| In re:<br><br>DISCO AZTECA DISTRIBUTORS INC.<br><br>917 John Roos Avenue<br>Ripon, CA 95366<br><br>Tax I.D. 68-0371919<br><br>Debtor. | Case No. 09-46999<br><br>DC No. CWC-2<br><br>Chapter 7 Case<br><br><br>Date: September 21, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 35 |

**MOTION FOR AUTHORIZATION**

**TO SELL PERSONAL PROPERTY OF THE ESTATE**

To: The Honorable Christopher M. Klein, U.S. Bankruptcy Judge:

Stephen C. Ferlmann, the duly qualified and acting trustee in this case, pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 6004, respectfully represents:

1. This Court has jurisdiction of this matter under 28 U.S.C. § 1334 and 157(a).

2. On December 10, 2009, the Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code, in the above-entitled Court. Stephen C. Ferlmann has been appointed Trustee in this case.

3. Among the assets which constitute property of the bankruptcy estate is certain personal property located at the Debtor's business at 417 E. Main Street, Stockton, CA consisting of music library/inventory of tapes and CDs, office furniture, equipment, computers, etc. ("Property").

4. The Trustee has entered into an agreement with Musiritmo, Inc. (the "Buyer"), 417 E. Main Street, Stockton, CA 95202, or nominee, for sale of the Property for $10,000.00 in cash upon the terms and conditions described in the Contract for Sale of Personal Property Assets which is annexed to the List of Exhibits filed concurrently herewith.

5. The Buyer has deposited the sum of $10,000.00 with the Trustee to be held in trust pending court approval of the sale. The Buyer is purchasing the Property on an "As Is, Where Is" basis. Said sale is without representation or warranties of any kind, express or implied, including, without limitation, representations of merchantability and/or fitness for any particular purposes. The sale is subject to Bankruptcy Court approval and subject to third party overbids at the hearing on this matter.

6. The principal and President/CEO of the Buyer is Jose Luis Sanchez. Mr. Sanchez is also the principal of the Debtor with full knowledge of the Property being sold.

7. Universal Music ("Universal") is a creditor in the bankruptcy case holding a security interest in certain music inventory which the Debtor purchased from Universal. The Debtor has represented to the Trustee that it has returned to Universal all of its music inventory subject to the security interest. The

Buyer acknowledges that it is purchasing the Property subject to the security interest of Universal in certain music inventory which the Debtor purchased from Universal.

8. Said sale represents the Trustee's bests efforts to sell the Property for the highest possible price and the Trustee believes that the proposed sale is in the best interests of the estate.

WHEREFORE, the Trustee, Stephen C. Ferlmann, prays for an Order of this Court:

1. authorizing the Trustee to sell the music library/inventory of tapes and CDs, office furniture, equipment, computers, etc., located at 417 E. Main Street, Stockton, CA 95202 to Musiritmo, Inc., or nominee, for $10,000.00 in cash upon the above-described terms and conditions;

2. Authorizing such overbids as may be submitted at the time of the hearing on this Motion, subject to such terms and conditions as may be required by the Trustee and/or the Court;

3. Authorizing the execution and delivery by the Trustee of any and all documents which may be necessary or convenient to conclude the transaction; and

4. Granting such other and further relief as the court deems proper.

Dated: 8-12-10

Respectfully Submitted,

Law Office of Carl W. Collins

Carl W. Collins
Attorney for Trustee